**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                Chapter 13

                                Bankruptcy No. 18-17163-ELF

BARBARA CRUZ

3009 N. RUTH STREET

PHILADELPHIA, PA 19134

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BARBARA CRUZ

    3009 N. RUTH STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    ALFONSO G MADRID, ESQ.
    COMMUNITY LEGAL SERVICES OF PHILADELPHIA
    1410 W. ERIE AVENUE
    PHILADELPHIA, PA 19140-

                                    /S/ William C. Miller

Date: 2/1/2021                      _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee