# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| BARBARA CRUz | : | CASE NO: 18-17163ELF |
| Debtor | : | |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

The Debtor, through counsel, responds to the motion of William C. Miller, Esquire, Chapter 13 Standing Trustee (the "Trustee"), to dismiss (the "Motion" (Doc. No. 39) as follows:

1. The Motion asserts that Debtor is not making payments.

2. The Motion is an "auto-generated" motion that the Trustee files when his automated system shows two payments in arrears.

3. This is an ongoing issue because Debtor uses the Trustee's third-party application, TFSBillpay to make her payments via ACH withdrawal from her bank account and there is typically a delay between the withdrawal and when payment is reflected on the Trustee's account records. As a result, Debtor is consistently running "one payment behind."

4. As of the date of the Trustee's Motion, Debtor has an ACHE payment processing

5. By the time of the hearing set for the motion, Debtor will be no more than one payment behind, which is not a basis for dismissal.

WHEREFORE, Debtor prays that this Court enter an Order DENYING the Motion.

/s/ Alfonso G. Madrid
ALFONSO MADRID, ESQ.
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org