United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17163-elf

Barbara Cruz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Feb 04, 2022  Form ID: 138OBJ  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Cruz, 3009 N. Ruth St., Philadelphia, PA 19134-3115 |
| 14231706 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14221349 | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14221350 | + | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |
| 14221351 | | Southwest Credit, 4120 Int'l Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14221352 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempo, 1750 Elm St., Suite 1200, Manchester, NH 03104 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2022 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14250220 | | Email/Text: bnc@atlasacq.com | Feb 04 2022 23:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14221344 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 04 2022 23:39:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 14221346 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 23:47:02 | Capital One Bank (USA), NA, 15000 Capital One Dr., Richmond, VA 23238 |
| 14307361 | | Email/Text: megan.harper@phila.gov | Feb 04 2022 23:39:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14221345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 23:47:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14239487 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 23:47:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14221347 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2022 23:47:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14253619 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 23:47:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14221348 | | Email/Text: camanagement@mtb.com | Feb 04 2022 23:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, |

Case 18-17163-elf    Doc 56    Filed 02/06/22    Entered 02/07/22 00:25:14    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240 |
| 14254066 | | Email/Text: camanagement@mtb.com | Feb 04 2022 23:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14254065 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 04 2022 23:39:00 | M&T Bank, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14235820 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2022 23:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14221353 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 04 2022 23:39:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14308696 | | Email/Text: EDBKNotices@ecmc.org | Feb 04 2022 23:39:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14221354 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 04 2022 23:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Barbara Cruz amadrid@clsphila.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Feb 04, 2022　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　Total Noticed: 24
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Barbara Cruz
        Debtor(s)　　　　　　　　　　　　　　　　Case No: 18−17163−elf
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13
_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/4/22