# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| BARBARA CRUZ | : | CASE NO: 18-17163ELF |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), any response thereto, and after notice and hearing;

It is **ORDERED** that the Motion is **GRANTED**. The Court finds that the mortgage lien on the real property located at 3009 N. Ruth St. Philadelphia, PA 19134 (the "Property"), arising out of the a mortgage dated August 25, 1994 between Debtor and Mellon Bank, N.A. ("Mellon") and recorded with the Philadelphia Recorder of Deeds on September 9, 1994, Deed Book 238, Page 18, found at electronic document number 46605459, the last assignment of which is recorded at document number 52961351 has been **SATISFIED**.

Date: 3/8/22

_____
Eric L. Frank
United States Bankruptcy Judge